# United States Court of Federal Claims

No. 14-253C
Filed: August 15, 2018

| | |
|---|---|
| ──────────────────────────── | ) |
| BLACKHAWK-JAMCO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| ──────────────────────────── | ) |

## ORDER

At a status conference held on May 10, 2018, the parties indicated that the plaintiff, Blackhawk-Jamco is now defunct and has been taken over by Traveler's Insurance Co. The parties further indicated that Traveler's Insurance Co. had begun negotiations with the U.S. Army Corps of Engineers that would address the issues within the Complaint in the case at bar.

On May 10, 2018, the Court Ordered that Traveler's Insurance Co. file a Motion for Substitution as the Real Party in Interest on or before July 9, 2018, or this Court would have no choice but to dismiss this case as moot in accordance with Rule 17(a)(3) of the Rules of the Court of Federal Claims.

Traveler's Insurance Co. has not filed a Motion for Substitution as the Real Party in Interest, or otherwise indicated that it will be further pursuing the plaintiff's claim. As such, this case is **DISMISSED** without prejudice, pursuant to Rule 17(a)(3).

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge